AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>8:22-MJ-00490 | Date and time warrant executed:<br><br>07/08/22 / 1341 HRS | Copy of warrant and inventory left with:<br><br>USPS |
| Inventory made in the presence of :<br><br>USPIS TFO D. Thompson | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>9507813958462179369480<br>- Nothing sezied | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   07/14/22

*Zachary Sumpter*
_____
*Executing officer's signature*

USPIS TFO - Zachary Sumpter
_____
*Printed name and title*